UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

MICHAEL BISCHOFF and
SUZANNE M. LATOUR BISCHOFF,

           Defendants.
_____/

Case No. 95-80889

Hon. Lawrence P. Zatkoff

## ORDER TO RESPOND

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on January 9, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On December 31, 2013, Defendants filed a Motion for Reconsideration/Rehearing of 12/18/13 Order Consolidated with Motion to Appoint Attorney, etc. (Docket #242), together with a Supplemental Motion for Rehearing/Reconsideration (Docket #243), and a Motion for Order to Compel (Docket #243).

A response to a motion for reconsideration is not permitted under the Eastern District of Michigan Local Rules unless the Court orders a response. *See* E.D. Mich. L.R. 7.1(h)(2). In this case, the Court finds that the interests of justice strongly weigh in favor of Plaintiff addressing the Motion for Reconsideration, in particular Defendants' request for appointment of counsel. In addition, the Court finds that the interests of justice support allowing Plaintiff the opportunity to respond to the Motion for Order to Compel.

Accordingly, for the reasons set forth above, the Court hereby ORDERS Plaintiff to file a

response to Defendants Motion for Reconsideration/Rehearing of 12/18/13 Order Consolidated with Motion to Appoint Attorney, etc. (Docket #242), together with the Supplemental Motion for Rehearing/Reconsideration (Docket #243), on or before January 14, 2014. The Court FURTHER ORDERS that Plaintiff shall file, if it desires, a response to the Motion for Order to Compel on or before January 14, 2014.  Nothing set forth herein shall stay any prior Order or requirement of this Court, including such Orders and requirements set forth in the Court's December 18, 2013 Opinion and Order.

      IT IS SO ORDERED.

                                            S/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            United States District Judge

Dated: January 9, 2014