**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL BISCHOFF and
SUZANNE M. LATOUR BISCHOFF,

        Defendants.
                                 /

Case No. 95-80889

Hon. Lawrence P. Zatkoff

## ORDER ADJOURNING REPORT DATE

Defendants filed a "Motion to Modify Order Dated February 13, 2014" (Docket #268), wherein they ask the Court to delay Suzanne M. LaTour Bischoff's report date of March 21, 2014, for two weeks, which would be April 4, 2014. The Government has filed a response stating that the Government does not object to the adjournment of Suzanne M. Latour Bischoff's report date for a period no later than April 2, 2014. For the reasons set forth in Defendants' Motion and the Government's response, the Court hereby GRANTS Defendants' Motion as follows: IT IS HEREBY ORDERED that Suzanne M. Latour Bischoff shall report to the United States Marshal Service at the Theodore Levin United States Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, at 12:00 p.m. on April 4, 2014, unless: (1) the Court issues an order finding that she is no longer in civil contempt, or (2) Defendants have reached a signed settlement with Comerica Bank regarding the approximately $650,000 Defendants still owe Comerica Bank, and the signed settlement is presented to the Government and the Court.

     IT IS SO ORDERED.

Date: March 20, 2014

                             S/Lawrence P. Zatkoff
                             LAWRENCE P. ZATKOFF
                             United States District Judge